Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel. +1.212.309.6000
Fax: +1.212.309.6001
www.morganlewis.com

**Amanda N. Slatin**
+1.212.309.6024
aslatin@morganlewis.com

# Morgan Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2015

November 18, 2015

**VIA ECF AND E-MAIL**

The Honorable Analisa Torres, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
Courtroom 15D
New York, New York 10007

Re:   <u>Corey Leach et al. v. Fox Entertainment Group, et al.</u>, Case No. 15-CV-07208 (AT)

Dear Judge Torres:

We represent Defendant Warner Bros. Television, a division of WB Studio Enterprises Inc. ("Warner Bros.") (incorrectly identified in this action as "Warner Bros. Entertainment Inc.")[1] and Bonanza Productions Inc. ("Bonanza") in the above-referenced matter. We write, pursuant to Your Honor's Individual Practices in Civil Cases Rule I(D), to respectfully request that the Court so order the parties' agreed-to extension of time to respond to the Second Amended Class and Collective Action Complaint ("Second Amended Complaint") (Docket No. 66), which was filed with the Court on November 17, 2015, as follows:

- The deadline for Defendant Warner Bros. to answer, move or otherwise respond to the Second Amended Complaint is 60 days from the date on which Plaintiff sends the undersigned counsel for Warner Bros. a Waiver of Service with respect to the Second Amended Complaint.

---

[1] Plaintiffs have incorrectly identified Warner Bros. Entertainment Inc. ("Warner Bros. Entertainment") in their Second Amended Complaint. By filing this letter, we do not concede, and reserve all rights to contest, that Warner Bros. Entertainment is a proper defendant in this action, and to move to dismiss Warner Bros. Entertainment from this action if not voluntarily dismissed. At this time, the parties are in the process of conferring and are attempting to work cooperatively to identify the proper corporate entities to be named in this action. We reserve any and all rights to move to dismiss any corporate entities who are improperly named.

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Harrisburg  Hartford  Houston  London  Los Angeles  Miami  Moscow
New York  Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Singapore  Tokyo  Washington
Wilmington

Honorable Analisa Torres
November 18, 2015
Page 2

- The deadline for Defendants Bonanza and Cast & Crew Payroll to answer, move or otherwise respond to the Second Amended Complaint is extended to December 20, 2015 (unless new Waivers of Service are issued with respect to the Second Amended Complaint, in which case the deadline would be 60 days from the date the Waivers are issued). Currently, Defendants Bonanza and Cast & Crew Payroll's time to answer, move or otherwise respond to the <u>initial</u> Complaint is November 20, 2015.

We have conferred with Plaintiffs' counsel, who has agreed to these deadlines. No prior requests for an extension have been made. Therefore, we respectfully request that the Court approve the agreed-upon schedule as set forth above.

Thank you for your consideration.

Sincerely,

*/s Amanda N. Slatin*

Amanda N. Slatin

*Counsel for Warner Bros. and Bonanza*

cc:   James Vagnini, *Counsel for Plaintiffs* (via ECF)

DB1/ 85289519.3

GRANTED to the extent that Defendants must answer the complaint or submit a letter requesting a pre-motion conference pursuant to Paragraph III of this Court's Individual Practices in Civil Cases by the agreed-upon deadlines above.

SO ORDERED.

Dated: November 18, 2015
       New York, New York

_____
ANALISA TORRES
United States District Judge